DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JIMMIE MEANS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-611

_____

September 30, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Christopher Sabella, Judge.

PER CURIAM.

    Affirmed.

NORTHCUTT, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.